# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

February 13, 2012

No. 10-31102

Lyle W. Cayce
Clerk

CHAD LANDRY,

Plaintiff

v.

LANEY DIRECTIONAL DRILLING COMPANY,

Defendant-Appellee

v.

IBERVILLE REAL PROPERTIES, L.L.C.,

Movant-Appellant

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:09-CV-615

Before GARZA, DENNIS, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

AFFIRMED. *See* 5TH CIR. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.